UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALONZO VASQUEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>PROFESSIONAL DEBT MEDIATION, INC.<br><br>Defendant. | Civil Action Number: 1:17-CV-01449-DLI-VMS |

**NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as the Defendants have neither answered nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members if any.

Dated:  July 10, 2017

                                              Respectfully submitted,

                                              By:   /s/ Ibrahim Abohamra
                                                    Ibrahim Abohamra, Esq.
                                                    Sirotkin Varacalli & Hamra, LLP
                                                    110 East 59th Street, Suite 3200
                                                    New York, New York 10022
                                                    Phone: (646) 590-0571
                                                    *Attorneys for Plaintiff*